**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CHRISTOPHER IOSELLO,<br> individually and on behalf of a class,<br>            v.<br>NOODLES & COMPANY, INC.,<br> and DOES 1-10 | Case Number:<br>**08 C 812** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**JUDGE ST. EVE**
**MAGISTRATE JUDGE KEYS**

| |
|---|
| NAME (Type or print)<br> James O. Latturner |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/  James O. Latturner |
| FIRM<br> Edelman, Combs, Latturner, & Goodwin, LLC |
| STREET ADDRESS<br> 120 South LaSalle Street, 18th floor |
| CITY/STATE/ZIP<br> Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>01588095 | TELEPHONE NUMBER<br>(312) 739-4200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT