YM

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 812**

| In the Matter of | Case Number: |
|---|---|

CHRISTOPHER IOSELLO,
individually and on behalf of a class,
               v.
NOODLES & COMPANY, INC.,
and DOES 1-10

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**JUDGE ST. EVE**
**MAGISTRATE JUDGE KEYS**

| |
|---|
| NAME (Type or print)<br> Thomas E. Soule |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  Thomas E. Soule |
| FIRM<br> Edelman, Combs, Latturner, & Goodwin, LLC |
| STREET ADDRESS<br> 120 South LaSalle Street, 18th floor |
| CITY/STATE/ZIP<br> Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6282139 | TELEPHONE  NUMBER<br> (312) 739-4200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT