## United States District Court for the Northern District of Illinois

Case Number: 08cv812                Assigned/Issued By: J. N.

Judge Name: ST. EVE                 Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP       [ ] No Fee   [ ] Other _____
               [ ] $455.00

Number of Service Copies _____           Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                              Receipt #: 2523745

Date Payment Rec'd: 2-7-08                    Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                                    [ ] Alias Summons

[ ] Third Party Summons                        [ ] Lis Pendens

[ ] Non Wage Garnishment Summons               [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons         _____
                                               _____
[ ] Citation to Discover Assets                (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on __2-7-08__ as to __DEFENDANT__
                                      (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05