AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 812**

SUMMONS IN A CIVIL CASE

CHRISTOPHER IOSELLO,
individually and on behalf of a class

CASE NUMBER:

V.

ASSIGNED JUDGE:

NOODLES & COMPANY,
and DOES 1-10

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE ST. EVE**
**MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Noodles & Company, Inc.
c/o CT Corporation System, registered agent
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner, & Goodwin
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Yvette Montanez_
(By) DEPUTY CLERK

**February 7, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 2/8/08 |
| NAME OF SERVER (PRINT) Aaron Collard | TITLE File Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served on registered agent. Senior Process Specialist Dawn Schulz accepted the summons and complaint.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/8/08
          *Date*

*Signature of Server*

120 S. LaSalle St., 19th Floor
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.