# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 C 812

CHRISTOPHER IOSELLO, individually and on behalf of a class vs. NOODLES & COMPANY, and DOES 1-10

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NOODLES & COMPANY

| | |
|---|---|
| NAME (Type or print) <br> Stephanie W. Tipton | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Stephanie W. Tipton | |
| FIRM <br> Litchfield Cavo, LLP | |
| STREET ADDRESS <br> 303 W. Madison, Suite 300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06270738 | TELEPHONE NUMBER <br> 312-781-6636 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☑   APPOINTED COUNSEL ☐ | |