IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER IOSELLO, individually and on behalf of a class, ) ) ) | |
| Plaintiff, ) | No. 08 C 812 |
| ) ) | Judge St. Eve |
| vs. ) ) | Magistrate Judge Keys |
| NOODLES & COMPANY, ) and DOES 1-10, ) ) | |
| Defendants. ) | |

**AGREED MOTION TO ENLARGE TIME TO RESPOND OR OTHERWISE PLEAD TO PLAINTIFF CHRISTOPHER IOSELLO'S CLASS ACTION COMPLAINT**

Defendant Noodles & Co., by its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby moves for an extension of the time in which Noodles & Co. is required to respond or otherwise plead to Plaintiff Christopher Iosello's Class Action Complaint. In support of its motion, Noodles & Co. state as follows:

1. Iosello filed his Class Action Complaint on February 7, 2008.

2. Noodles & Co. was served on February 8, 2008, and is required to answer or otherwise plead on or before February 28, 2008.

3. Noodles & Co. obtained counsel on February 14, 2008.

4. Noodles & Co. hereby requests an additional 20 days, or until March 19, 2008, to respond or otherwise plead, so that Noodles & Co. counsel can fully review the case prior to responding or otherwise pleading to Iosello's Class Action Complaint.

5. Counsel for Iosello has no objection to allowing Noodles & Co. additional time to respond or otherwise plead to Iosello's Class Action Complaint.

WHEREFORE, Defendant Noodles & Co. Shoe Outlet, LLC., respectfully request that this Court grant its motion and enlarge the time for it to file an answer or otherwise plead to Plaintiff Iosello's Class Action Complaint until March 19, 2008.

Dated: February 19, 2008

NOODLES & CO. SHOE OUTLET, LLC.
Defendant,


By:   s/ Stephanie W. Tipton
         One of its Attorneys

Alan I. Becker  (00147524)
Stephanie W. Tipton (06270738)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6622 (Becker)
312-781-6636 (Tipton)
312-781-6630 (fax)

## **CERTIFICATE OF SERVICE**

      I, Stephanie W. Tipton, an attorney, under oath, certify that I served a copy of the **Agreed Motion to Enlarge Time to Respond or Otherwise Plead to Plaintiff Iosello's Class Action Complaint** upon:

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th floor
Chicago, Illinois 60603


by causing copies of same to be placed in the U.S. mail, postage prepaid, this 19th day of February, 2008.


                                                __ s/Stephanie W. Tipton__
                                                Stephanie W. Tipton