IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER IOSELLO, individually and on behalf of a class, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 08 C 812 |
| vs. | ) ) ) | Judge St. Eve<br>Magistrate Judge Keys |
| NOODLES & COMPANY, and DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

NOTICE OF MOTION

TO:   Daniel A. Edelman
      Cathleen M. Combs
      James O. Latturner
      Thomas E. Soule
      Edelman, Combs, Latturner & Goodwin, LLC
      120 South LaSalle Street, 18th floor
      Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on, Monday February 25, 2008 at 8:30 a.m., we shall appear before the Honorable Judge St. Eve, In Courtroom 1241 of the Northern District of Illinois then and there present Defendant, Noodles & Company's Agreed Motion to Enlarge Time to Respond or Otherwise Plead to Plaintiff Christopher Iosello's Class Action Complaint, a copy of which is hereto attached.

Respectfully submitted,

By:   s/Stephanie W. Tipton
      One of Its Attorneys

Alan I. Becker (00147524)
Stephanie W. Tipton (06270738)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
312-781-6622 (Becker)
312-781-6636 (Tipton)
312-781-6630 (fax)

## **CERTIFICATE OF SERVICE**

      I, Stephanie W. Tipton, an attorney, under oath, certify that I served a copy of the Notice of Motion on this 19th day of February, 2008 served via electronic delivery upon:

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th floor
Chicago, Illinois 60603


                                              s/Stephanie W. Tipton
                                              Stephanie W. Tipton