## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Christopher Iosello

                          Plaintiff,

v.                                                       Case No.: 1:08−cv−00812

                                                       Honorable Amy J. St. Eve

Noodles & Company, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Amy J. St. Eve :MOTION by Defendant Noodles & Company for extension of time to file answer regarding complaint[1] (Agreed) [13] is granted. Defendants to answer or otherwise plead by 3/19/2008.Status hearing set for 3/18/2008 is stricken and reset to 3/20/2008 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.