IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER IOSELLO, individually and on behalf of a class, <br><br> Plaintiff, <br><br> vs. <br><br> NOODLES & COMPANY, and DOES 1-10, <br><br> Defendants. | No. 08 C 812 <br><br> Judge St. Eve <br> Magistrate Judge Keys |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED certifies that a copy of Noodles & Company's Rule 26 (A)(1) Initial Disclosures were served upon the attorneys of record of all parties to the above cause by enclosing same in an envelope with postage fully prepaid, and by depositing said envelope in a United States Postal Service Mail Box in Chicago, Illinois on March 31, 2008, addressed to such attorneys at their business addresses as disclosed by the pleadings of record herein.

BY:   /s Stephanie W. Tipton
Litchfield Cavo LLP
Stephanie W. Tipton

COPIES MAILED TO:

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th floor
Chicago, Illinois 60603