**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Christopher Iosello
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00812
                                                Honorable Amy J. St. Eve

Noodles & Company, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 9, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/9/2008. Plaintiffs' oral motion to dismiss is granted. Pursuant to settlement, this case is hereby dismissed without prejudice with leave to reinstate by 8/8/08, after which time said dismissal will be with prejudice. This case is dismissed without prejudice as to absent class members. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.