**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER IOSELLO, | ) | |
| individually and on behalf of a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 812 |
| v. | ) | Judge Amy St. Eve |
| | ) | |
| NOODLES & COMPANY, | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties hereby stipulate to the dismissal of this action with prejudice as to the claims of plaintiff, without prejudice as to the claims of putative class members as alleged in the complaint, and with each party to bear their own costs.

Respectfully submitted,

/s/ Thomas E. Soule
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com
tsoule@edcombs.com

/s/ Stephanie W. Tipton
Alan I. Becker
Stephanie W. Tipton
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6636
(312) 781-6630 (FAX)
tipton@litchfieldcavo.com

1

## CERTIFICATE OF SERVICE

    I, Thomas E. Soule, hereby certify that on July 9, 2008, I had the preceding document filed with the Court and served upon Stephanie W. Tipton (tipton@litchfieldcavo.com) by operation of the Court's electronic filing system.

                                            /s/ Thomas E. Soule
                                            Thomas E. Soule